IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| IVAN GARKUSHA, *et al.*, | : | Case No. 1:20-cv-386 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| CHAD WOLF, | : | |
| Acting Secretary, United States | : | |
| Department of Homeland Security, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING MOTION TO SEAL U.S. CITIZENSHIP AND IMMIGRATION SERVICES' CERTIFIED ADMINISTRATIVE RECORD (Doc. 11)**

This case is before the Court on the parties' joint Motion to Seal (Doc. 11). For good cause shown, the Motion is **GRANTED**. As such, it is hereby **ORDERED** that the certified administrative record in this case be **SEALED** pending further Order of this Court.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND